NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC,**
*Defendants-Appellees*

**HEALTH NET LLC,**
*Defendant*

———————————

2023-1169

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01630-RGA-JLH, Judge Richard G. Andrews.

———————————

**SUA SPONTE**

———————————

Before MOORE, *Chief Judge*, MAYER and LOURIE, *Circuit Judges*

———————————

2    AMARIN PHARMA, INC. v. HIKMA PHARMACEUTICALS USA INC.

PER CURIAM.

# O R D E R

Upon consideration of the judgment of the Supreme Court of the United States in *Hikma Pharmaceuticals USA Inc., et al. v. Amarin Pharma, Inc., et al.*, No. 24-889,

IT IS ORDERED THAT:

The mandate of this court that issued October 24, 2024, is recalled, the appeal is reinstated, and this court's June 25, 2024, opinion and judgment are vacated.  We further remand this case to the United States District Court for the District of Delaware for further proceedings consistent with the Supreme Court's decision.

FOR THE COURT

July 15, 2026
        Date

Jarrett B. Perlow
Clerk of Court